Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 10–20841–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hazel Harris
   aka Hazel Burgess
   5 Elizabeth Lane
   Columbus, NJ 08022

Social Security No.:
   xxx–xx–1115

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

   REVISED FORM (EFFECTIVE 4/1/2010) for Chapter 7 Statement of Current Monthly Income and Means Test Calculation

2. This case will be dismissed on April 26, 2010, unless the missing documents are received on or before that date by the Clerk of the Court at:

   U.S. Bankruptcy Court
   402 East State Street
   Trenton, NJ 08608

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before April 26, 2010.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: April 13, 2010
JJW: blh

James J. Waldron
Clerk

If the schedules you file list more creditors than were included on the list of creditors(matrix) filed with your petition, you must file with your schedules an amended list of creditors(matrix), listing only those creditors being added, and a separate verified statement of changes (D.N.J. LBR 1007–2 and 1009–1). You must also pay a $26 fee for the amendment in the form of certified check, money order, or attorney's check.

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: bhiggins              Page 1 of 1                   Date Rcvd: Apr 13, 2010
Case: 10-20841                Form ID: 180                Total Noticed: 4

The following entities were noticed by first class mail on Apr 15, 2010.
db           +Hazel Harris,    5 Elizabeth Lane,    Columbus, NJ 08022-2352
aty          +Ali A Ali,    Law Firm of Ali Ali,    1207 E Grand St,    Elizabeth, NJ 07201-2319
smg           U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +United States Trustee,    Office of the United States Trustee,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2010**                    **Signature:**     *Joseph Speetjens*